# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-20667
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
September 30, 2016

Lyle W. Cayce
Clerk

KENNETH MACKENZIE,

Plaintiff - Appellant

v.

PRIME MINISTER MUAMMAR AL-GADDAFI; PERSONAL
REPRESENTATIVE OF THE ESTATE OF PRIME MINISTER MUAMMAR
AL-GADDAFI OF LIBYA; MONEY AND ESTATE OF LIBYA TERRORIST;
LIBYA TERRORIST ESTATE OF PRIME MINISTER MUAMMAR AL-
GADDAFI; CITY OF HOUSTON POLICE DEPARTMENT; UNITED
STATES DEPARTMENT OF JUSTICE AND STATE; ELANA KAGAN,
former U.S. Soliciter General; TONY BLAIR, British Prime Minister, U.K.;
U.S. AMBASSADORS; BRITAIN AMBASSADOR; FRENCH AMBASSADOR;
IRAN AMBASSADOR,

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:15-CV-3326

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM:*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-20667

Plaintiff-Appellant Kenneth MacKenzie, proceeding *in forma pauperis*, appeals the district court's *sua sponte* dismissal of his complaint against Prime Minister Muammar al-Gaddafi *et al.* with prejudice under 28 U.S.C. § 1915(e)(2)(B) because the district court found it frivolous. We agree. Accordingly, the district court's judgment dismissing this action with prejudice is AFFIRMED.